UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN SMITH, an individual, ) | 3:06-CV-0084-ECR (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 6, 2006 |
| ) | |
| CENTEX HOMES REALTY COMPANY, ) a Nevada corporation, STATE OF ) NEVADA, ex rel., ITS DEPARTMENT ) OF EMPLOYMENT, TRAINING AND ) REHABILITATION, EQUAL RIGHTS ) COMMISSION, ) ) Defendants. ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have failed to submit a Discovery Plan and Scheduling Order within the time required by Local Rule 26-1(d).

The parties have a period of five (5) days from receipt of this Minute Order within which to submit said Discovery Plan and Scheduling Order in compliance with Local Rule 26-1. If they fail to do so, the Clerk shall set a hearing to determine why the plan and order have not been timely submitted and to invoke sanctions, if appropriate.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk